

# NUMBER 13-21-00257-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE NINA YZETT PARODI

## On Petition for Writ of Mandamus.

# ORDER

**Before Justices Longoria, Hinojosa, and Tijerina**
**Order Per Curiam**

Relator Nina Yzett Parodi filed a petition for writ of mandamus through which she asserts that the trial court abused its discretion by issuing temporary orders and by failing to dismiss the motion to modify the parent-child relationship filed by the real party in interest, Eloy Peralez. Relator also requested that we stay the trial court proceedings, including the temporary orders issued on May 3, 2021, pending resolution of her original proceeding. By previous order, we requested that Peralez file a response to the petition

for writ of mandamus and ordered relator's request for a stay to be carried with the case until further order of this Court. *See* TEX. R. APP. P. 52.10(b).

Relator has now filed an amended motion to stay the underlying proceedings, asserting that this matter has been set for a bench trial on September 9, 2021. She again requests that we stay the underlying proceedings pending resolution of her petition for writ of mandamus. According to the certificate of conference for the amended motion to stay, Peralez opposes the relief sought.

The Court, having examined and fully considered the amended motion to stay, is of the opinion that it should be granted as specified here. We grant the amended motion to stay, and we order the underlying trial court proceedings to be stayed. However, the trial court's temporary orders of May 3, 2021, as referenced in the petition for writ of mandamus, and July 26, 2021, as referenced in the amended motion for stay, shall remain in effect. Our order regarding these matters will be effective pending further order of this Court or resolution of this original proceeding. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

PER CURIAM

Delivered and filed on the
24th day of August, 2021.

2